7/26/13

UNITED STATES District
COURT CIVIL DIVISION

KURT MARIN
   at
PLAINTIFFS

CASE#
13-CV-61369-
SCOLA/SELTZER

vs.

MERS
BANK ATLANTIC/B.B.+T
PHH MORTGAGE CORPORATION

DEFENDANTS
_____

MOTION FOR DEFAULT

PLAINTIFFS STATE THAT ON JUNE 20th, 2013, THE SUMMONS' WERE INITIATED. STAMPED ON 6/25/2013, THE GREEN, CERTIFIED, U.S. POSTAL CARDS OR PROOF OF RECIEPT BY THE DEFENDANTS OF THE SUMMONS, MEANS THEY GOT NOTICED IN 5 DAYS. THIRTY TWO REGULAR DAYS AND TWENTY FOUR WORKING DAYS HAVE PASSED. THERE WAS NO RESPONSE.

KURT MARIN