UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

Kurt Marin,   CASE NO. 13-CV-61369

    Plaintiff(s),

v.

MERS, Bank Atlantic, PHH Mortgage Corporation

    Defendant(s).
_____/

FILED by YAR D.C.
Jul 29, 2013
STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **MERS, Bank Atlantic, PHH Mortgage Corporation,** are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) MERS, Bank Atlantic, PHH Mortgage Corporation,  as of course, on this date July 29, 2013.

                        **STEVEN M. LARIMORE**
                        CLERK OF COURT

                        By: s/Yvette Y. Alexander
                            Yvette Alexander
                            Deputy Clerk

cc:    Hon. Robert N. Scola, Jr.
        Counsel of Record
        MERS, BankAtlantic, PHH Mortgage Corporation

        BankAtlantic
        200 W. Second St.
        Winston Salem, NC  27101;

MERS
P.O. Box 2026
Flint, MI
48501-2026

PHH Mortgage Corporation
Mail Code DFW -2-5
4001 Leader Hall Rd
Mt. Laurel, NJ  08054